IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00323-MSK-07

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

MARIA IDALIA VALENZUELA,

       Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

       On December 6, 2011, the probation officer submitted a petition to the Court noting that the defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision. On December 8, 2011, the United States filed a response indicating they did not object to the petition. Upon the Court's review of the defendant's overall compliance on supervised release, it found that early termination is warranted. Therefore, the Court

       ORDERS that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

       DATED this 13th day of December, 2011.

       **BY THE COURT:**

       *Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge